UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEVEN M. SHERMAN,                                        :

                                                               :          <u>ORDER</u>
                       Plaintiff,
                                                             :          12 Civ. 647 (ER) (GWG)
    -v.-

                                                             :
TOWN OF CHESTER, et al.,
                                                              :

                   Defendants.               :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A telephone conference in this matter shall take place on Thursday, July 30, 2020, at 10:30 a.m., to discuss the schedule proposed by the parties in Docket # 127.  At that time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

     When addressing the Court, counsel must <u>not</u> use a speakerphone.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: July 28, 2020
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge